# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CITY OF PHILA WATER DEPARTMENT,    : No. 8 EM 2015

                   Respondent          :

                        v.             :

PICARD LOSIER,            :

                   Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.